Santiago Vélez Ramos, demandante-apelante, *v.* La Corte Municipal de San Lorenzo, P. R., demandada-apelada.

No. 5049.—*Sometido:* Enero 14, 1930. *Resuelto:* Mayo 5, 1930.

*Francisco Cervoni,* abogado del apelante; *Ricardo A. Gómez,* abogado de *El Pueblo,* por la apelada.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Esta apelación ha sido interpuesta por haberse negado la Corte de Distrito de Humacao a expedir un auto de *mandamus* contra la Corte Municipal de San Lorenzo.

Alegó el apelante en su petición de *mandamus* que está denunciado en esa corte municipal por un delito de acometimiento y agresión con circunstancias agravantes; que el día que estaba celebrándose el juicio de tal denuncia declararon tres testigos de cargo; que al ser llamado otro testigo de cargo manifestó el márshal que ese testigo y otro más habían sido citados y habían comparecido pero que se habían marchado, y que entonces el apelante solicitó de la corte que lo absolviese perentoriamente por insuficiencia de la prueba, pero que la corte se negó a absolverlo y ordenó la suspensión del juicio hasta otro día. La vispera de este día fué presentada la solicitud de *mandamus*.

No cita el apelante precepto legal alguno que haga obligatoria la absolución en un caso como el presente. Nosotros no la conocemos. Por esto y porque una absolución por insuficiencia de la prueba es consecuencia del ejercicio por la corte de su facultad discrecional en la apreciación de ella; porque las cortes tienen facultad discrecional para suspender los juicios, y porque el auto de *mandamus* es improcedente para regular la discreción judicial, debemos confirmar la resolución apelada.